UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SPRINGFIELD DIVISION
-----------------------------------------------------------X
LAUREN THERESA KOSZEWSKI,

        Plaintiff,

v.

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
-----------------------------------------------------------X

Civil Action No.:
3:13-cv-30053-MAP

## ORDER

The Court, having considered Plaintiff's motion in the captioned case, for an award of Equal Access to Justice Act fees in accordance with 28 U.S.C. § 2412,

**IT IS ORDERED** that the motion for Equal Access to Justice fees in the amount of $4,557.70 be granted, in addition to reimbursement of the District Court filing fee of $350, payable from the Judgment Fund.

Entered: 1/8/14

HONORABLE Michael S. Ponsor
United States District Judge